**DISMISS and Opinion Filed October 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01104-CV

### IN THE INTEREST OF A.L.S., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79,649**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

This is an appeal in a parental termination case. Appellant filed an affidavit of indigence to which two contests were filed. The trial court sustained the contests and, on review, this Court affirmed the trial court's order.

In an order dated September 22, 2014, we ordered the district clerk to file, by October 2, 2014, either the clerk's record or written verification that appellant had not paid or made arrangements to pay for the record. We cautioned appellant that if the Court received written verification of no payment, we may dismiss the appeal for want of prosecution. On October 2, 2014, the Court received written verification from the district clerk that appellant had not paid or made arrangements to pay for the clerk's record. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b) & 42.3(b).

141104F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.L.S., A CHILD

No. 05-14-01104-CV

On Appeal from the 196th Judicial
District Court, Hunt County, Texas.
Trial Court Cause No. 79,649.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, Richard Roberts and Ashley Roberts, recover their costs of this appeal from appellant, Danny Ray Schwartz.

Judgment entered October 10, 2014